UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DERRICK PITTMAN,

                         Plaintiff,

        -against-                                    9:01-CV-100
                                                     (LEK/GHL)

OFFICER ERICKSON, Corrections Officer,

                         Defendant.

_____

## DECISION AND ORDER

        This matter comes before the Court following a Report-Recommendation filed on August

25, 2005 by the Honorable George H. Lowe, United States Magistrate Judge, pursuant to 28 U.S.C.

§ 636(b) and L.R. 72.3(c) of the Northern District of New York.

        Within ten days, excluding weekends and holidays, after a party has been served with a copy

of a Magistrate Judge's Report-Recommendation, the party "may serve and file specific, written

objections to the proposed findings and recommendations," Fed. R. Civ. P. 72(b), in compliance

with L.R. 72.1.  In the interval of at least 15 days since the Magistrate Judge filed the subject

Report-Recommendation, no objections to it have been raised.  Furthermore, after examining the

record, the Court has determined that the Report-Recommendation is not subject to attack for plain

error or manifest injustice.

        Accordingly, it is hereby

        ORDERED, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its

**ENTIRETY**; and it is further

        ORDERED, that the remaining claims in Plaintiff's complaint against Defendant Erickson

be **DISMISSED**; and it is further

ORDERED, that Plaintiff's complaint be **DISMISSED** in its entirety; and it is further

ORDERED, that the Clerk serve a copy of this order on all parties.

IT IS SO ORDERED.

DATED:      September 14, 2005
            Albany, New York


Lawrence E. Kahn
U.S. District Judge